IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICK D. LANGE, Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3034 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| K-V PHARMACEUTICAL COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

After conferring with the parties,

IT IS ORDERED that the plaintiff's motion to extend, (filing no. 19), is granted, and

1) Discovery regarding this threshold arbitration issue shall be completed by December 15, 2011.

2) On or before December 30, 2011, the parties shall either file a stipulation to submit all or part of this case to arbitration, and/or shall file a motion for judicial determination of whether and to what extent the issues in this case must be submitted to arbitration

DATED this 16th day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge