IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RICK D. LANGE, Chapter 7 Trustee;

           Plaintiff,

vs.

K-V PHARMACEUTICAL COMPANY,

           Defendant.

4:11CV3034

**MEMORANDUM AND ORDER**

During the conference call held today, the parties explained that they are having difficulty locating and deposing fact witnesses for this case, including a witness located in Italy. After conferring with the parties,

IT IS ORDERED:

1) The parties' oral motion to continue, (filing no. 44), is granted.

2) The trial and pretrial conference are continued pending further order of the court.

3) A status conference will be held on September 4, 2012 at 10:00 a.m. to discuss whether discovery is complete or the estimated completion date; whether the parties will waive a jury trial; the trial and pretrial conference settings; and the status of any settlement discussions. Counsel for the plaintiff shall place the call.

4) If the parties consent to final disposition of the case by the undersigned magistrate judge, on or before **September 4, 2012** they shall complete the "CONSENT TO RANDOM ASSIGNMENT TO MAGISTRATE JUDGE" located on the court's website at http://www.ned.uscourts.gov/forms/. After all parties have signed this form, e-mail it in .pdf format to consent@ned.uscourts.gov. Do not electronically file this form or submit it to chambers.

July 10, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge