IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICK D. LANGE,<br><br>      Plaintiff and Counter Defendant,<br><br>vs.<br><br>K-V PHARMACEUTICAL COMPANY,<br><br>      Defendant and Counter Claimant | 4:11CV3034<br><br>MEMORANDUM AND ORDER |

      Upon the suggestion of bankruptcy filed by defendant K-V Pharmaceutical Company (filing 46),

      IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court of the District of Nebraska pursuant to NEGenR 1.5(a)(1);

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the Court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 10th day of August, 2012.

                                                    BY THE COURT:

                                                    John M. Gerrard
                                                    United States District Judge